# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2267
Lower Tribunal No. 2022-CA-010262-0

_____

JOSE C. DIAZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.

Jose C. Diaz, Wewahitchka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED